# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| THOMAS JEFFERY KENNEDY, #536086, | § § § | |
| Petitioner, | § § | |
| v. | § § | Case No. 6:20-cv-590-JDK-JDL |
| DIRECTOR, TDCJ-CID, | § § § | |
| Respondent. | § § | |

## FINAL JUDGMENT

The Court, having considered Petitioner's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that this petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to comply with a Court order. A certificate of appealability is **DENIED**. All pending motions are **DENIED** as **MOOT**.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **20th** day of **January, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE